THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT 
 BE CITED OR RELIED ON AS
PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 
 239(d)(2), SCACR.  
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State, Respondent,
v.
Kozales John Fulmore, Appellant.
 
 
 

Appeal From Georgetown County
 John  L.  Breeden, Circuit Court Judge

Unpublished Opinion No. 2004-UP-584
Submitted November 1, 2004  Filed November 
 17, 2004

APPEAL DISMISSED

 
 
 
Assistant Appellate Defender 
 Robert M. Pachak, Office of Appellate Defense, of Columbia, for Appellant.
Attorney General Henry 
 Dargan McMaster, Chief Deputy Attorney General John W. McIntosh, Assistant Deputy 
 Attorney General Salley W. Elliott, all  of Columbia;  and Solicitor John Gregory 
 Hembree, of Conway, for Respondent.
 
 
 

PER CURIAM:  Kozales John Fulmore was convicted of second-degree burglary 
 and grand larceny.  He was sentenced to ten years, suspended on the service 
 of six years with three years probation on the burglary charge and to five years, 
 concurrent, on the grand larceny charge.  He appeals.  
Pursuant to Anders v. California, 386 U.S. 738 (1967), counsel for Fulmore 
 attached to the final brief a petition to be relieved as counsel, stating he 
 had reviewed the record and concluded Fulmores appeal is without legal merit 
 sufficient to warrant a new trial.  Fulmore did not file a separate pro 
 se response.          
After a thorough review of the record pursuant to Anders and State 
 v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss the appeal 
 and grant counsels petition to be relieved.  
APPEAL DISMISSED. [1] 
HUFF, KITTREDGE, and BEATTY, JJ., concur.

 
 [1] We decide this case without oral argument pursuant 
 to Rule 215, SCACR.